**DISMISS and Opinion Filed December 13, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00873-CV

**DAVID LEE DANIELS III, Appellant**
**V.**
**KATINA SNOW, CHILD SUPPORT AGENCY, ATWORK GROUP,
NANCY DELGADO, JAZMINE WELLS CASTILLO, MARITZA DE
JESUS, MARIA CARRILLO, AMANDA ALVEY, AND
KR YOUNG STAFFING TX557, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-05096**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal from the trial court's August 18, 2022 dismissal order as it did not appear the order disposed of all parties and claims or that the order was otherwise appealable. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeal may only be taken from final judgments that dispose of all parties and claims or interlocutory orders authorized by statute). As reflected in the record, appellant filed the underlying suit against Katina Snow, Child Support Agency, AtWork Group, Nancy Delgado, Jazmine

Wells Castillo, Maritza De Jesus, Maria Carrillo, Amanda Alvey, and KR Young Staffing TX557. The appealed order dismissed the claims against KR Young Staffing, AtWork Group, Delgado, Castillo, De Jesus, Carrillo, and Alvey by granting their Rule 91a motion, *see* TEX. R. CIV. P. 91a (concerning baseless causes of action), but did not address the claims against Snow and the Child Support Agency. Although we directed appellant to file a letter brief addressing our concern and cautioned appellant that failure to comply could result in the appeal being dismissed, *see* TEX. R. APP. P. 42.3(a),(c), more than ten days have passed and appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See id.* 42.3(a); *see also Koenig v. Blaylock*, 497 S.W.3d 595, 598 n.4 (Tex. App.—Austin 2016, pet. denied) (noting no statute authorizes interlocutory appeal from order denying Rule 91a motion).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220873F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID LEE DANIELS III,
Appellant

No. 05-22-00873-CV        V.

KATINA SNOW, CHILD
SUPPORT AGENCY, ATWORK
GROUP, NANCY DELGADO,
JAZMINE WELLS CASTILLO,
MARITZE DE JESUS, MARIA
CARRILLO, AMANDA ALVEY,
AND KR YOUNG STAFFING
TX557, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-05096.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered December 13, 2022.